RECEIVED



NOV 2 1 2005
may
ROBERT H ... VELL, CLERK
WESTER ... ...

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| SILAVONG SOMANOUK | CIVIL ACTION NO. 04-1606 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TOM RIDGE, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's petition for writ of habeas corpus be DENIED and DISMISSED WITH PREJUDICE as MOOT.

MONROE, LOUISIANA, this ___19___ day of ___November___, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE